IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NUMBER: 09-08798-ESL7 |
|---|---|
| MARANGELY GALVEZ MORAN | CHAPTER 7 |
| Debtor(s) | |

### DEBTOR'S MOTION CONCERNING AMENDMENT TO SCHEDULE "F"

**TO THE HONORABLE COURT:**

**COMES NOW, MARANGELY GALVEZ MORAN,** debtor through their undersigned attorney Counsel, and very respectfully states and prays as follows:

1. The debtor hereby amend Schedule F to previously filed schedule "F" docket no. 1, pursuant to Rule 1009 of the Federal Rules of Bankruptcy Procedure and local Bankruptcy Rule 1009-1, for the purpose of: *include omitted unsecured creditors named Triple-S Propiedad, balance owed $11,128.20, postal address PO Box 70313 San Juan, PR 00936-0313.*

2. The debtor have attached and given notice of the amendment and statement of purpose together with a copy of the original Notice of § 341 Meeting of Creditors to the Trustee, United States Trustee, and the added creditor.

**WHEREFORE**, the debtor prays that this Honorable Court take knowledge of said amendment and provide accordingly.

**NOTICE TO CREDITORS AND PARTIES IN INTEREST**: Be advised that in asset cases, notice is required informing the creditor of its right to file a Proof of Claim within ninety (90) days of service of the documents required by LBR 1009, or within the time set for previously scheduled creditors to file Proofs of Claim, whichever is later; or within such other time as allowed by Fed. R. Bankr. P. 9006(c) and ordered by the Court; and in a chapter 7 case, a notice informing the creditor of its right to file complaints under 11 U.S.C. §§ 523 and 727, and objections to the debtor's claim of exemptions, within sixty (60) days of service of the papers required by LBR 1009, or

1

within the time set for previously scheduled creditors to file those complaints or objections, whichever is later. It is also advised, that the extensions of deadlines granted by LBR 1009 apply only to those creditors added by amendment. Creditors added after the § 341 meeting of creditors has commenced are entitled to reconvene the 341 meeting, upon request to the United States Trustee, unless the Court orders otherwise.

**CERTIFICATE OF SEVICE:** I hereby certify that on this date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who in this case have registered for receipt of notice by electronic mail, including the US Trustee's Office and the Trustee. I further certify that the foregoing has been served by depositing true and correct copies thereof in the United States Mail, postage prepaid, to none CM/ECF participants: debtor(s), Marangely Galvez Moran PO Box 831 Caguas, PR 00726; to the creditor affected by the amendment: Triple-S Propiedad, postal address PO Box 70313 San Juan, PR 00936-0313; and creditors and parties in interest as per the attached master address list.

RESPECTFULLY SUBMITTED in San Juan, Puerto Rico, this 7 day of December, 2009.

/s/*RobertoFigueroaCarrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONERS
PO BOX 186
CAGUAS PR 00726
TEL. NO. (787) 744-7699
FAX (787) 746-5294
Email: rfigueroa@prtc.net

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                                              CASE NUMBER: 09-08798-ESL7

MARANGELY GALVEZ MORAN
                                                    CHAPTER 7

Debtor(s)

### DEBTOR'S VERIFICATION

I (We) declare under penalty of perjury that I (we) has (have) read the foregoing motion and that the same has also been explained to me (us), and that the averments therein contained are true and correct to the best of my (our) knowledge, information and belief. I, (We) also declare, under penalty of perjury that I (we) have read the foregoing amended **Schedule F**, consisting of **2** sheet(s), and that it is true and correct to the best of my(our) information, knowledge and belief.

In Caguas Puerto Rico this __7__ day of December, 2009.

_____
MARANGELY GALVEZ MORAN

3

B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)     Case Number 09-08798-ESL7

# UNITED STATES BANKRUPTCY COURT
## DISTRICT of District of Puerto Rico

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 10/16/09.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
MARANGELY GALVEZ MORAN
PO BOX 831
CAGUAS, PR 00726

| Case Number: | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos.: |
|---|---|
| 09-08798-ESL7 | xxx-xx-7840 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| ROBERTO FIGUEROA CARRASQUILLO | WILFREDO SEGARRA MIRANDA |
| PO BOX 193677 | PO BOX 9023385 |
| SAN JUAN, PR 00919-3677 | SAN JUAN, PR 00902-3385 |
| Telephone number: 787 744-7699 | Telephone number: 787 725-6160 |

### Meeting of Creditors
Date: **November 10, 2009**      Time: **01:30 PM**
Location: **OCHOA BUILDING, 500 TANCA STREET, FIRST FLOOR, SAN JUAN, PR 00901**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 1/9/10**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office: | For the Court: |
|---|---|
| U.S. Post Office and Courthouse Building | Clerk of the Bankruptcy Court: |
| 300 Recinto Sur Street, Room 109 | CELESTINO MATTA-MENDEZ |
| San Juan, PR 00901 | |
| Telephone number: (787) 977-6000 | |
| http://www.prb.uscourts.gov | |
| Hours Open: Monday – Friday 8:00 AM – 4:00 PM | Date: October 17, 2009 |

GALVEZ MORAN, MARANGELY
PO BOX 831
CAGUAS, PR 00726


R. Figueroa Carrasquillo
Law Office
PO Box 193677
San Juan, PR 00919-3677


AMERICAN EXPRESS
PO BOX 47455
JACKSONVILLE, FL 32247-7455


FIA CSNA
4060 OGLETOWN/STAN
NEWARK, DE 19713


ISLAND FINANCE
PO BOX 195369
SAN JUAN, PR 00919-5369


RG PREMIER BANK
PO BOX 5147
SIOUX FALLS, SD 57117-5147


SAMS
PO BOX 105980 DEPT 77
ATLANTA, GA 30353-5980


SEARS
PO BOX 6189
SIOUX FALLS, SD 57117


TRIPLE-S PROPIEDAD
PO BOX 70313
SAN JUAN, PR 00936-0313


US DEPARTMENT OF EDUCATION
501 BLEECKER ST.
UTICA, NY 13501